UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE ALAN MUTTSCHELER,

        Plaintiff,                          Case No. 1:12cv1221

v.                                         Hon. Robert J. Jonker

MICHAEL MARTIN,

        Defendant.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 11, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2013, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that defendant's motion for summary judgment (docket #8) is **GRANTED** and plaintiff's motion for summary judgment is (docket #11) is **DENIED**.  This matter is **DISMISSED.**

                                                                     ROBERT J. JONKER
                                                           UNITED STATES DISTRICT JUDGE

DATED:  July 15, 2013.